# EXHIBIT C

# CaseyGerry

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**

110 Laurel Street, San Diego, CA 92101-1419
Tel (619) 238-1811 Fax (619) 544-9232

David S. Casey, Jr.
Frederick Schenk
Robert J. Francavilla
Gayle M. Blatt
Thomas D. Luneau
Jeremy K. Robinson
Jason C. Evans
P. Camille Guerra*
Srinivas Hanumadass
Adam B. Levine
Catherine M. McBain
David S. Casey, III
Eric Ganci
Michael J. Morphew
Daniel Turek
Samantha Kaplan
Michael Benke**
Noah J. Moss

Of Counsel
Thomas D. Penfield
Scott C. Cummins
Angela Jae Chun
Jillian F. Hayes

David S. Casey, Sr.
1913-2003
President,
California State Bar, 1975

Richard F. Gerry
1924-2004
President,
Association of Trial Lawyers
of America, 1982

David S. Casey, Jr.
President,
Association of Trial Lawyers
of America, 2004

*Also admitted in New Mexico
**Also admitted in New York

March 28, 2022

Via Registered Mail

American Family Mutual Insurance Company, S.I.
Attn: Chief Information Security Officer
6000 American Parkway
Madison, WI 53783

Re: *Robert Park v. American Family Life Insurance and American Family Mutual Insurance Company, S.I.*

Please take notice that this letter constitutes notice under the California Consumer Privacy Act ("CCPA"), California Civil Code section 1798.100, et seq. Pursuant to Civil Code section 1798.150(b), we are hereby notifying American Family Mutual Insurance Company, S.I. ("American Family") of violating the CCPA and of my demand that, to the extent any cure exists, you cure such violation within thirty (30) calendar days from your receipt of this letter.

Plaintiff Robert Park, a resident of California, received notice from American Family dated January 14, 2022, informing him of a "data security incident involving an online life insurance quoting platform of American Family Life Insurance Company." The notice stated that unauthorized parties may have accessed his driver's license number as part of the quoting platform's pre-fill function.

Please be advised that American Family's failure to prevent Plaintiff and other California consumers' nonencrypted and nonredacted PII from unauthorized access and disclosure as a result of American Family's violation of its duty to implement and maintain reasonable security procedures and practices amounts to a violation of the CCPA, Civil Code section 1798.150. The failure includes the lack of adequate security to maintain its system sufficiently to protect information it

*Trial Attorneys Since 1947*
www.CaseyGerry.com

**CaseyGerry**

American Family Mutual Insurance Company, S.I.
March 28, 2022
Page 2

obtains and hosts from being accessed from unauthorized third parties.

We hereby request that American Family immediately cure the violation of the CCPA which exposed Plaintiff and other California consumers' nonencrypted and nonredacted PII, to the extent there is any possible cure. Please be advised that your failure to comply with this request within thirty (30) calendar days may subject you to statutory damages on an individual and/or class-wide basis.

We look forward to discussing this matter with you. Thank you for your courtesy and cooperation.

                    Sincerely yours,

                    /s/ Gayle M. Blatt
                    GAYLE M. BLATT

U.S. POSTAGE PAID
FCM LETTER
SAN DIEGO, CA
92101
MAR 28, 22
AMOUNT
$14.33
R2301D155603-06

53783
1000
UNITED STATES POSTAL SERVICE

American Family Mutual Insurance Company, S.I.
Attn: Chief Information Security Officer
6000 American Parkway
Madison, WI 53783



CaseyGerry
Trial Lawyers Since 1947



UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RF 352 952 795 US

PSN 7690-03-000-9311
Label 200, August 2005



# CaseyGerry

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**

110 Laurel Street, San Diego, CA 92101-1419
Tel (619) 238-1811 Fax (619) 544-9232

David S. Casey, Jr.
Frederick Schenk
Robert J. Francavilla
Gayle M. Blatt
Thomas D. Luneau
Jeremy K. Robinson
Jason C. Evans
P. Camille Guerra*
Srinivas Hanumadass
Adam B. Levine
Catherine M. McBain
David S. Casey, III
Eric Ganci
Michael J. Morphew
Daniel Turek
Samantha Kaplan
Michael Benke**
Noah J. Moss

Of Counsel
Thomas D. Penfield
Scott C. Cummins
Angela Jae Chun
Jillian F. Hayes

David S. Casey, Sr.
1913-2003
President,
California State Bar, 1975

Richard F. Gerry
1924-2004
President,
Association of Trial Lawyers
of America, 1982

David S. Casey, Jr.
President,
Association of Trial Lawyers
of America, 2004

*Also admitted in New Mexico
**Also admitted in New York

March 28, 2022

Via Registered Mail

American Family Life Insurance
Attn: Chief Information Security Officer
6000 American Parkway
Madison, WI 53783

Re:   *Robert Park v. American Family Life Insurance and American Family Mutual Insurance Company, S.I.*

Please take notice that this letter constitutes notice under the California Consumer Privacy Act ("CCPA"), California Civil Code section 1798.100, et seq. Pursuant to Civil Code section 1798.150(b), we are hereby notifying American Family Life Insurance ("American Family") of violating the CCPA and of my demand that, to the extent any cure exists, you cure such violation within thirty (30) calendar days from your receipt of this letter.

Plaintiff Robert Park, a resident of California, received notice from American Family dated January 14, 2022, informing him of a "data security incident involving an online life insurance quoting platform of American Family Life Insurance Company." The notice stated that unauthorized parties may have accessed his driver's license number as part of the quoting platform's pre-fill function.

Please be advised that American Family's failure to prevent Plaintiff and other California consumers' nonencrypted and nonredacted PII from unauthorized access and disclosure as a result of American Family's violation of its duty to implement and maintain reasonable security procedures and practices amounts to a violation of the CCPA, Civil Code section 1798.150. The failure includes the lack of adequate security to maintain its system sufficiently to protect information it

*Trial Attorneys Since 1947*
www.CaseyGerry.com

# CaseyGerry

American Family Life Insurance
March 28, 2022
Page 2

obtains and hosts from being accessed from unauthorized third parties.

We hereby request that American Family immediately cure the violation of the CCPA which exposed Plaintiff and other California consumers' nonencrypted and nonredacted PII, to the extent there is any possible cure. Please be advised that your failure to comply with this request within thirty (30) calendar days may subject you to statutory damages on an individual and/or class-wide basis.

We look forward to discussing this matter with you. Thank you for your courtesy and cooperation.

Sincerely yours,

/s/ Gayle M. Blatt
GAYLE M. BLATT







U.S. POSTAGE PAID
FCM LETTER
SAN DIEGO, CA
92101
MAR 28, 22
AMOUNT
$14.33
R2301D155603-06

American Family Life Insurance
Attn: Chief Information Security Officer
6000 American Parkway
Madison, WI 53783

**CaseyGerry**
*Trial Lawyers Since 1947*

REGISTERED MAIL™
RF 352 952 800 US

